**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| GARY BARNUM,<br><br>      Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 2:24-cv-00428-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

    Plaintiff Gary Barnum ("Plaintiff") and Defendant Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time, up through and including May 24, 2024, for Lincoln to answer, present defenses, or otherwise respond to Plaintiff's Complaint for Breach of the Employee Retirement Income Security Act of 1974; Enforcement and Clarification of Rights; Prejudgment and Post-Judgment Interest; and Attorneys' Fees and Costs ("Complaint").

    IT IS HEREBY ORDERED that Lincoln shall file its responsive pleading no later than May 24, 2024.

DATED: April 22, 2024.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER - 1
Case No. 2:24-cv-00428-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
   Russell S. Buhite, WSBA # 41257
   1201 Third Avenue, Suite 5150
   Seattle, WA  98101
   Telephone:  (206) 693-7052
   Facsimile:  (206) 693-7058
   Email:  russell.buhite@ogletree.com

*Attorneys for Defendant Lincoln National Life Insurance Company*


Approved as to Form; Presentation Waived:

MONAHAN TUCKER LAW, P.C.

By: */s/ Stacy Monahan Tucker*
   Stacy Monahan Tucker, WSBA #43449
   14241 NE Woodinville Duvall Road, Suite 382
   Woodinville, WA 98072
   Telephone:  (206) 486-3553
   Facsimile:  (206) 800-7801
   Email:  stucker@mtlawpc.com

*Attorneys for Plaintiff Gary Barnum*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 2
Case No. 2:24-cv-00428-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058